Case 4:05-cr-00106-BRW   Document 44   Filed 02/27/14   Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                              **4:05-CR-00106-01-BRW**

**GLEN VAN SLEDGE**

## ORDER

The Government's Unopposed Motion to Dismiss Revocation of Supervised Release Petition (Doc. No.43 ) is GRANTED.

IT IS SO ORDERED this 27th day of February, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE